Opinion issued January 9, 2009


 













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00067-CR

____________


IN RE ABRAHAM CAMPOS, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator has filed a pro se petition writ of mandamus. In his petition relator
complains that respondent (1) did not have jurisdiction to rule on his post conviction
motion for forensic DNA testing of evidence, and that the order made by respondent
is "void." We deny relief.

 The petition for writ of mandamus is therefore denied.

 

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Nuchia (2)
 and Higley.

Do not publish. Tex. R. App. P. 47.2(b).
1. The Honorable Robert E. May, Judge, 149th District Court,
Brazoria County, Texas.
2. Justice Sam Nuchia, who retired from the First Court of
Appeals on January 1, 2009, continues to sit by assignment
for the disposition of this case, which was submitted on
January 8, 2009.